**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on July 11, 2014**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 11−29507−LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Genella McFadden
445 NE 142 Street
North Miami, FL 33161

SSN: xxx−xx−5295

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.